# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | | |
|---|---|---|
| BRENNA M. SATTERWHITE | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:16-CV-141-FL |
| ALL STARZ CHILDREN'S ACADEMY, | ) | |
| INC. and ALL STARZ CARY, INC. | ) | |
|     Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 6, 2019, and for the reasons set forth more specifically therein, that defendants' motions for summary judgment are granted.

**This Judgment Filed and Entered on August 6, 2019, and Copies To:**
Asa Covington Edwards, IV / Edward Hallett Maginnis (via CM/ECF Notice of Electronic Filing)
Keith A. Jaworski / Eric R. Martinson / Kristi Lynn Gavalier / Gregory Wenzl Brown (via CM/ECF Notice of Electronic Filing)

August 6, 2019          PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk